Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–24097–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Carl Gaynor
 aka Carl Ellis Gaynor Jr.
 1109 Hope Rd
 Tinton Falls, NJ 07712–3125

Social Security No.:
 xxx–xx–8806

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on July 20, 2019 and a confirmation hearing on such Plan has been scheduled for November 5, 2019.

The debtor filed a Modified Plan on November 4, 2019 and a confirmation hearing on the Modified Plan is scheduled for January 8, 2020 @ 10:00. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: November 6, 2019
JAN: wdr

Jeanne Naughton
Clerk

```
                             United States Bankruptcy Court
                                   District of New Jersey
In re:                                                              Case No. 19-24097-MBK
Carl Gaynor                                                         Chapter 13
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2         Date Rcvd: Nov 06, 2019
                              Form ID: 186                Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2019.
db             Carl Gaynor,   1109 Hope Rd,   Tinton Falls, NJ   07712-3125
518362627      AMERICAN HEART ASOCIATION PC,   PO Box 1207,   Neptune, NJ   07754-1207
518428703      CREDIT FIRST NA,   PO BOX 818011,   CLEVELAND, OH 44181-8011
518362630      CREDIT FIRST NATL ASSOC,   PO Box 81315,   Cleveland, OH   44181-0315
518362632      FEDLOAN SERVICING,   PO Box 60610,   Harrisburg, PA 17106-0610
518362633      FIrestone,   PO Box 81307,   Cleveland, OH   44181-0307
518362634     +FLAGSTAR BANK,   PO BOX 660263,   Dallas, TX 75266-0263
518362631      Federal Loan Servicing Credit,   PO Box 60610,   Harrisburg, PA   17106-0610
518488327      Lakeview Loan Servicing, LLC,   Flagstar Bank,   5151 Corporate Dr,
                Troy, Michigan   48098-2639
518362637      New Jersey Division of Taxation,   50 Barrack St Fl 9,   Trenton, NJ   08608-2006
518446971    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,   Division of Taxation,   PO BOX 245-Bankruptcy,
                Trenton, NJ 08695-0272)
518362642      Toyota Financial Services,   PO Box 9786,   Cedar Rapids, IA   52409-0004
518432108     +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
518362643      US DEPARTMENT OF EDUCATION,   3130 Fairview Park Dr Ste 800,   Falls Church, VA   22042-4566

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 06 2019 23:53:31     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ   07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 06 2019 23:53:28     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518362628     +E-mail/Text: g20956@att.com Nov 06 2019 23:54:00     AT&T,   208 S Akard St,
                Dallas, TX 75202-4206
518362629      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 07 2019 00:06:27     Capital One,
                PO Box 30281,   Salt Lake City, UT   84130-0281
518379688     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 07 2019 00:06:54
                Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518471036     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 07 2019 00:06:54     Directv, LLC,
                by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518362635      E-mail/Text: cio.bncmail@irs.gov Nov 06 2019 23:52:55     Internal Revenue Service,
                310 Lowell St Stop 360,   Andover, MA   01810-5430
518362638      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 07 2019 00:19:07
                PORTFOLIO RECOVERY,   120 Corporate Blvd Ste 100,   Norfolk, VA   23502-4952
518458450      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 07 2019 00:19:18
                Portfolio Recovery Associates, LLC,   c/o Amazon.com,   POB 41067,   Norfolk VA 23541
518362639      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 07 2019 00:06:32
                Portfolio Recovery Association,   Riverside Commence Center,   120 Corporate Blvd Ste 100,
                Norfolk, VA   23502-4952
518362640      E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2019 00:07:16     SYNC B/Amazon,   PO Box 965036,
                Orlando, FL   32896-5036
518362641      E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2019 00:07:11     SYNC B/Walmart,   PO Box 965036,
                Orlando, FL   32896-5036
518362673     +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2019 00:07:12     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518362636*     Internal Revenue Service,   PO Box 7346,   Philadelphia, PA   19101-7346
                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                                 Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 06, 2019
                              Form ID: 186             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon     on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Douglas J. McDonough     on behalf of Creditor    Lakeview Loan Servicing, LLC DMcDonough@flwlaw.com
              Edward   Hanratty    on behalf of Debtor Carl   Gaynor
               thanratty@centralnewjerseybankruptcylawyer.com,   aaguirre@centralnewjerseybankruptcylawyer.com
              Kevin Gordon McDonald     on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                     TOTAL: 6
```