Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–24097–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Carl Gaynor
 aka Carl Ellis Gaynor Jr.
 1109 Hope Rd
 Tinton Falls, NJ 07712–3125

Social Security No.:
 xxx–xx–8806

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:    2/4/20
Time:    02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Edward Hanratty, Debtor's Attorney

COMMISSION OR FEES
fee: $1796.71

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

- ☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 10, 2020
JAN:

                                                      Jeanne Naughton
                                                      Clerk

Case 19-24097-MBK    Doc 38    Filed 01/12/20    Entered 01/13/20 00:42:34    Desc Imaged
Certificate of Notice    Page 2 of 4

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                              Case No. 19-24097-MBK
Carl Gaynor                                                         Chapter 13
        Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 2          Date Rcvd: Jan 10, 2020
                              Form ID: 137               Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2020.
db             Carl Gaynor,    1109 Hope Rd,    Tinton Falls, NJ 07712-3125
518362627      AMERICAN HEART ASOCIATION PC,    PO Box 1207,    Neptune, NJ 07754-1207
518428703      CREDIT FIRST NA,    PO BOX 818011,    CLEVELAND, OH 44181-8011
518362630      CREDIT FIRST NATL ASSOC,    PO Box 81315,    Cleveland, OH 44181-0315
518362632      FEDLOAN SERVICING,    PO Box 60610,    Harrisburg, PA 17106-0610
518362633      FIrestone,    PO Box 81307,    Cleveland, OH 44181-0307
518362634     +FLAGSTAR BANK,    PO BOX 660263,    Dallas, TX 75266-0263
518362631      Federal Loan Servicing Credit,    PO Box 60610,    Harrisburg, PA 17106-0610
518488327      Lakeview Loan Servicing, LLC,    Flagstar Bank,    5151 Corporate Dr,
                 Troy, Michigan 48098-2639
518362637      New Jersey Division of Taxation,    50 Barrack St Fl 9,    Trenton, NJ 08608-2006
518446971    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    PO BOX 245-Bankruptcy,
                 Trenton, NJ 08695-0272)
518362642      Toyota Financial Services,    PO Box 9786,    Cedar Rapids, IA 52409-0004
518432108     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
518362643      US DEPARTMENT OF EDUCATION,    3130 Fairview Park Dr Ste 800,    Falls Church, VA 22042-4566

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 11 2020 00:31:55      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2020 00:31:52      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518362628     +E-mail/Text: g20956@att.com Jan 11 2020 00:32:42      AT&T,    208 S Akard St,
                 Dallas, TX 75202-4206
518362629      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 11 2020 00:35:10      Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
518379688     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 11 2020 00:36:14
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518471036     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 11 2020 00:36:14      Directv, LLC,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518362635      E-mail/Text: cio.bncmail@irs.gov Jan 11 2020 00:31:28      Internal Revenue Service,
                 310 Lowell St Stop 360,    Andover, MA 01810-5430
518362638      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 11 2020 00:36:52
                 PORTFOLIO RECOVERY,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4952
518458450      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 11 2020 00:35:13
                 Portfolio Recovery Associates, LLC,    c/o Amazon.com,    POB 41067,    Norfolk VA 23541
518362639      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 11 2020 00:47:32
                 Portfolio Recovery Association,    Riverside Commence Center,    120 Corporate Blvd Ste 100,
                 Norfolk, VA 23502-4952
518362640      E-mail/PDF: gecsedi@recoverycorp.com Jan 11 2020 00:36:43      SYNC B/Amazon,    PO Box 965036,
                 Orlando, FL 32896-5036
518362641      E-mail/PDF: gecsedi@recoverycorp.com Jan 11 2020 00:36:43      SYNC B/Walmart,    PO Box 965036,
                 Orlando, FL 32896-5036
518362673     +E-mail/PDF: gecsedi@recoverycorp.com Jan 11 2020 00:35:52      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518362636*     Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Jan 10, 2020
                               Form ID: 137             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2020 at the address(es) listed below:
          Albert    Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Douglas J. McDonough    on behalf of Creditor    Lakeview Loan Servicing, LLC DMcDonough@flwlaw.com
          Edward    Hanratty    on behalf of Debtor Carl   Gaynor
           thanratty@centralnewjerseybankruptcylawyer.com,   aaguirre@centralnewjerseybankruptcylawyer.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
           kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 6
```