| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Edward Hanratty<br>80 Court Street<br>Freehold NJ 07728<br>732-866-6655 | |
|---|---|
| In Re:<br><br>Carl Gaynor | Case No.: 19-24907<br><br>Hearing Date:<br><br>Judge: MBK |

### CERTIFICATION OF EDWARD HANRATTY, ESQ.

I am Edward Hanratty, Attorney for the debtors in the above captioned matter, and as such am fully familiar with the facts set forth herein. I make this certification in support of the debtor.

1. The claim identified by claim number 5 filed by the State of New Jersey-Division of Taxation contains a General Unsecured Schedule of Liabilities for the following (Exhibit A):

| Type of Tax | RTN BEG | PERIOD END | ITEM TYPE | TAX LIABILITY | INTEREST | AMOUNTS CREDITED | BALANCE DUE |
|---|---|---|---|---|---|---|---|
| TGI | 01/2007 | 12/2007 | DEL | $6,0000 | $5,7100.26 | $703.58 | $11,006.68 |

2. Tax number should be a fixed number rather than an estimated number.

I hereby certify that the foregoing statements made by me are true, I am aware that if they are found to be willfully false, I am subject to punishment.

Dated:  January 2, 2020

/s/Edward Hanratty
EDWARD HANRATTY, ESQ.
For the Firm