UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Edward Hanratty, Esq
80 Court Street
Freehold, NJ 07728
(732)866-6655

In Re:

Carl Gaynor

| | |
|---|---|
| Case No.: | 19-24097 |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | 2/4/2020 @9 am |
| Judge: | MBK |

## CERTIFICATION OF SERVICE

1.  I, _____Arely Aguirre_____ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for _____Edward Hanratty_____, who represents

    _____Debtor_____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2.  On _____1/13/2020_____, I sent a copy of the following pleadings and/or documents
    to the parties listed in the chart below.
    Notice of Motion to Fix Proof of Claim No. 5 NJ Division of Taxation

3.  I certify under penalty of perjury that the above documents were sent using the mode of service
    indicated.

Date: _____1/13/2020_____             /s/ Arely Aguirre _____

                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Carl Gaynor<br>1109 Hope Rd.<br>Tinton Talls, NJ 07712 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Internal Revenue Service<br>Attn: Managing Agent/ President<br>PO Box 7346<br>Philadelphia, PA 19101 | Priority Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| United States Attorney General,<br>United States Department of Justice,<br>Ben Franklin Station, PO Box 68,<br>Washington, DC 20044 | US Attorney General | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| United States Attorney<br>Peter Rodino Building<br>970 Broad St., Ste 700<br>Newark, NJ 07102 | US Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Trustee-<br>One Newark Center, Suite 2100<br> 1085 Raymond Blvd.<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the Attorney General<br>New Jersey Attorney General Office,<br>Division of Law,<br>Richard J. Hughes Justice Complex,<br>25 Market St., 9th Fl.,<br>PO Box 112<br>Trenton, NJ 08625 | Attorney General | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Division of Taxation<br> NJ Division of Taxation<br>Compliane &<br>Enforcement-Bankruptcy Unit,<br>50 Barrak St., 9th Fl.<br>PO Box 345, Trenton, NJ 08695 | NJ Division of Taxation | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*