UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Edward Hanratty
80 Court Street
Freehold NJ 07728
732-866-6655

In Re:

CARL GAYNOR

Case No.: 19-24097

Hearing Date:

Judge: MBK

**AMENDED ORDER REDUCING THE AMOUNT OF PROOF OF CLAIM NO.5 FILED BY STATE OF NEW JERSEY-DIVISION OF TAXATION**

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

This matter having been presented to the Court by the Debtor and for good cause it is ordered that as of the _____ day of _____, the debtor's motion is hereby Granted.

1. Proof of Claim 5 filed by the State of New Jersey-Division of Taxation is reduced to $10,151.37.

2. Proof of Claim 5 filed by the State of New Jersey-Division of Taxation filed on September 5, 2019 is reduced by $11,006.68

3. Secured Schedule of Liabilities in the amount of $8,154.13.

4. Priority Schedule of Liabilities in the amount of $1,220.87.

5. General Unsecured Schedule of Liabilities in the amount of $776.37