TOMES LAW FIRM. PC  
1 WEST MAIN STREET  
3RD FLOOR  
FREEHOLD, NJ 07728  

Date: 1/30/2020

Regarding: GAYNOR, CARL  
Invoice No: 01561

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 3/22/2018 | KS | open new file | 0.27 | $100.00 | $27.00 |
| 4/25/2018 | AI | docs needed ltr to client | 0.10 | $100.00 | $10.00 |
| 5/03/2018 | KS | GREET CLIENT RECIEVE PYMT | 0.08 | $100.00 | $8.00 |
| 5/04/2018 | AI | save & print docs gaynor | 0.48 | $100.00 | $48.00 |
| 5/04/2018 | KS | call from client re docs needed ltr | 0.13 | $100.00 | $13.00 |
| 5/14/2018 | AI | ORGANIZE ONLINE FILE | 0.07 | $100.00 | $7.00 |
| 5/18/2018 | AI | ORGANIZE FILE & START PETITION | 1.37 | $100.00 | $137.00 |
| 1/28/2019 | MK | CALL FROM CLT RE BK NTC AND MISSING DOCS | 0.05 | $100.00 | $5.00 |
| 1/28/2019 | MK | REVIEW FILE | 0.88 | $100.00 | $88.00 |
| 1/29/2019 | AA | EAMIL TO CLT RE DOCS NEEDED | 0.05 | $400.00 | $20.00 |
| 1/30/2019 | AA | email to clt re petition draft | 0.07 | $100.00 | $7.00 |
| 1/30/2019 | AA | email to clt re docs received | 0.02 | $100.00 | $2.00 |
| 1/30/2019 | AA | email to clt re updates questionnaire | 0.07 | $100.00 | $7.00 |
| 1/30/2019 | AA | REVIEW/ DRATF PETITION | 1.25 | $100.00 | $125.00 |
| 1/30/2019 | AA | email from clt docs provided | 0.27 | $100.00 | $27.00 |
| 1/30/2019 | AA | review docs | 0.17 | $100.00 | $17.00 |
| 1/31/2019 | AA | review petition with ted | 0.30 | $100.00 | $30.00 |
| 2/01/2019 | AA | EMAIL FROM CLT RE DOCS | 0.08 | $100.00 | $8.00 |
| 2/05/2019 | AA | ADDED WIFES POI TO PETITION | 0.37 | $100.00 | $37.00 |
| 2/11/2019 | AA | review file, email clt how much rent | 0.12 | $100.00 | $12.00 |
| 2/11/2019 | EH | revise means test etc | 0.30 | $400.00 | $120.00 |
| 2/14/2019 | AA | add mortgag eexpense to petition | 0.15 | $100.00 | $15.00 |
| 2/14/2019 | AA | call adn email to clt sign petiitons | 0.08 | $100.00 | $8.00 |
| 2/15/2019 | AA | CALL CLT RE APPT TO SIGN | 0.08 | $100.00 | $8.00 |
| 2/15/2019 | EH | REVIEW PETITION | 0.50 | $400.00 | $200.00 |
| 2/28/2019 | AA | email to clt re tax account transcript | 0.13 | $100.00 | $13.00 |
| 3/05/2019 | AA | add irs and nj tax to liabilities | 0.10 | $100.00 | $10.00 |
| 3/08/2019 | AA | email from clt re collection letters | 0.10 | $100.00 | $10.00 |
| 4/19/2019 | AA | review petition questions with ted | 0.42 | $100.00 | $42.00 |
| 4/30/2019 | AA | review ptition | 0.25 | $100.00 | $25.00 |
| 5/14/2019 | AA | REVIEW PETITION | 0.23 | $100.00 | $23.00 |
| 6/07/2019 | EH | FU W IRS RE POA | 1.00 | $400.00 | $400.00 |

TOMES LAW FIRM. PC

Page No.: 2

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/10/2019 | EH | RE: TAXES | 0.50 | $400.00 | $200.00 |
| 6/13/2019 | AA | pulls tax docs | 0.32 | $100.00 | $32.00 |
| 6/19/2019 | AA | conver to ch 13 | 0.08 | $100.00 | $8.00 |
| 6/25/2019 | AA | WORK ON PETITION | 0.43 | $100.00 | $43.00 |
| 6/25/2019 | EH | meetign nw cleint, turns out he bought 4 cars 2 months ago and does own house | 1.00 | $100.00 | $100.00 |
| 6/26/2019 | MK | CLT EMAILED DOCS, SS, PRINT | 0.17 | $100.00 | $17.00 |
| 6/28/2019 | KS | CALL FROM CLT QUESTIONS PRIOR TO FILING PETITION | 0.13 | $100.00 | $13.00 |
| 7/02/2019 | AA | EDIT PETITION TO INCLUDE HOUSE/ EXEMPT | 0.30 | $100.00 | $30.00 |
| 7/17/2019 | EH | TC W CLT RE IRS LTR | 0.50 | $400.00 | $200.00 |
| 7/17/2019 | MK | CALL FROM CLT RE LIEN ON HOUSE ON 24TH | 0.17 | $100.00 | $17.00 |
| 7/19/2019 | EH | REVIEW PETITION | 0.50 | $400.00 | $200.00 |
| 7/24/2019 | AA | LTR TO CLT RE FILING FEE | 0.07 | $100.00 | $7.00 |
| 7/24/2019 | AA | REIVEW DOCS NEEDED FOR 341, LT TO CLT | 0.18 | $100.00 | $18.00 |
| 7/24/2019 | AA | LTR TO CLT RE BK 341, POST FILING | 0.25 | $100.00 | $25.00 |
| 8/12/2019 | AA | DRAFT POS, SERVE PLAN | 0.32 | $100.00 | $32.00 |
| 8/14/2019 | AA | review file docs needed for 341, eml clt docs list | 0.22 | $100.00 | $22.00 |
| 8/16/2019 | AA | draft 341 adj re/ ipload | 0.13 | $100.00 | $13.00 |
| 8/19/2019 | AA | LTR TO CLT RE 341 NEW | 0.05 | $100.00 | $5.00 |
| 8/22/2019 | AA | CALL W CLT RE 2ND FILING FFEE | 0.03 | $100.00 | $3.00 |
| 9/05/2019 | MK | CALL FROM CLT RE ARELY AND TED NEW NUMBER | 0.08 | $100.00 | $8.00 |

Total Fees $2,502.00

Total New Charges $2,502.00

Total Amount Due this Bill $2,502.00