Office Mailing Address:  
Albert Russo, Trustee  
CN 4853  
Trenton, NJ  08650

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019  
**Chapter 13 Case No. 19-24097 / MBK**

Carl Gaynor

Petition Filed Date: 07/20/2019  
341 Hearing Date: 08/15/2019  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2019 | $334.00 | 60566320 | 08/26/2019 | $334.00 | 61184080 | 09/25/2019 | $334.00 | 61990340 |
| 11/01/2019 | $334.00 | 62940280 | 12/03/2019 | $334.00 | 63630310 | 12/27/2019 | $334.00 | 64303200 |

**Total Receipts for the Period: $2,004.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $2,338.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Carl Gaynor | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Edward Hanratty, Esq. | Attorney Fees | $0.00 | $0.00 | $0.00 |
| | | No Disbursements: No Check | | | |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2015-2016 | Priority Crediors | $14,811.26 | $0.00 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2014 | Unsecured Creditors | $5,619.51 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,913.58 | $0.00 | $0.00 |
| 4 | CREDIT FIRST NA | Unsecured Creditors | $800.15 | $0.00 | $0.00 |
| 5 | TOYOTA MOTOR CREDIT CORP<br>»» 2016 TOYOTA CAMRY/ORDER 9/22/2019 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 6 | NJ DIVISION OF TAXATION<br>»» 2014-2015 | Secured Creditors | $8,154.13 | $0.00 | $0.00 |
| 7 | NJ DIVISION OF TAXATION<br>»» 2016-2017 | Priority Crediors | $1,220.87 | $0.00 | $0.00 |
| 8 | NJ DIVISION OF TAXATION<br>»» 2017;EST TAXES 2007 | Unsecured Creditors<br>Hold Funds: Estimated | $11,783.05 | $0.00 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» AMAZON.COM | Unsecured Creditors | $1,159.17 | $0.00 | $0.00 |
| 10 | DIRECTV, LLC BY AMERICAN INFOSOURCE LP AS AGENT | Unsecured Creditors | $244.32 | $0.00 | $0.00 |
| 11 | LAKEVIEW LOAN SERVICING LLC<br>»» P/1109 HOPE RD/1ST MTG | Mortgage Arrears | $4,451.89 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-24097 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,338.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $334.00 |
| Paid to Trustee: | $126.26 | Arrearages: | $0.00 |
| Funds on Hand: | $2,211.74 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**