```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Heather Lynn Anderson (015962003)
Deputy Attorney General
R. J. Hughes Justice Complex
25 W. Market Street
P.O. Box 106
Trenton, New Jersey 08625
Attorney for the State of New Jersey,
 Division of Taxation
```

**Order Filed on March 3, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br><br>CARL GAYNOR,<br><br>    Debtor. | Case No.: 19-24097 (MBK)<br><br>Chapter 13<br><br>Judge: Kaplan, U.S.B.J. |

CONSENT ORDER RESOLVING OBJECTION TO CLAIM

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: March 3, 2020**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page 2**
Debtor: GAYNOR
Case No.: 19-24097
Caption of Order: CONSENT ORDER MODIFYING DEBTOR'S CHAPTER 13 PLAN

---

This matter having been presented to the Court by Debtor Carl Gaynor ("Debtor"), by and through Debtor's counsel, Edward Hanratty, Esq., by Motion to Object and Fix Proof of Claim No. 5 (Docket No. 37), and the State of New Jersey, Division of Taxation ("Taxation") having filed an objection to such Motion (Docket No. 42), by and through its counsel, Gurbir S. Grewal, Attorney General of New Jersey (Heather Lynn Anderson, Deputy Attorney General, appearing), and Debtor and Taxation having amicably resolved Taxation's claim and its treatment through Debtor's Plan and good and sufficient cause appearing for the entry of the within Order;

(1) IT IS HEREBY ORDERED THAT Taxation hereby withdraws its objection to the Debtor's Motion, subject to the provisions herein; and

(2) IT IS FURTHER ORDERED THAT Taxation's General Unsecured Claim is hereby amended to the amount of $776.37; and

(3) IT IS FURTHER ORDERED THAT Debtor acknowledges and agrees that Taxation has no record of his filing his 2007 Gross Income Tax – Individual return, and therefore Debtor acknowledges and agrees that such debt is non-dischargeable pursuant to 11 U.S.C. 523(a)(1)(B)(i).

CONSENTED AS TO FORM AND ENTRY:

| | |
|---|---|
| LAW OFFICES OF EDWARD HANRATTY | GURBIR S. GREWAL |
| Attorneys for the Debtor | Attorney General of New Jersey |
| | Attorney for Taxation |
| _____ | _____ |
| Edward Hanratty, Esq. | Heather Lynn Anderson |
| | Deputy Attorney General |