```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Heather Lynn Anderson (015962003)
Deputy Attorney General
R. J. Hughes Justice Complex
25 W. Market Street
P.O. Box 106
Trenton, New Jersey 08625
Attorney for the State of New Jersey,
 Division of Taxation
```

**Order Filed on March 3, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: 19-24097 (MBK) |
|---|---|
| CARL GAYNOR, | Chapter 13 |
| Debtor. | Judge: Kaplan, U.S.B.J. |

## CONSENT ORDER RESOLVING OBJECTION TO CLAIM

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: March 3, 2020**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor: GAYNOR
Case No.: 19-24097
Caption of Order: CONSENT ORDER MODIFYING DEBTOR'S CHAPTER 13 PLAN

    This matter having been presented to the Court by Debtor Carl Gaynor ("Debtor"), by and through Debtor's counsel, Edward Hanratty, Esq., by Motion to Object and Fix Proof of Claim No. 5 (Docket No. 37), and the State of New Jersey, Division of Taxation ("Taxation") having filed an objection to such Motion (Docket No. 42), by and through its counsel, Gurbir S. Grewal, Attorney General of New Jersey (Heather Lynn Anderson, Deputy Attorney General, appearing), and Debtor and Taxation having amicably resolved Taxation's claim and its treatment through Debtor's Plan and good and sufficient cause appearing for the entry of the within Order;

(1) IT IS HEREBY ORDERED THAT Taxation hereby withdraws its objection to the Debtor's Motion, subject to the provisions herein; and

(2) IT IS FURTHER ORDERED THAT Taxation's General Unsecured Claim is hereby amended to the amount of $776.37; and

(3) IT IS FURTHER ORDERED THAT Debtor acknowledges and agrees that Taxation has no record of his filing his 2007 Gross Income Tax - Individual return, and therefore Debtor acknowledges and agrees that such debt is non-dischargeable pursuant to 11 U.S.C. 523(a)(1)(B)(i).

CONSENTED AS TO FORM AND ENTRY:

LAW OFFICES OF EDWARD HANRATTY    GURBIR S. GREWAL
Attorneys for the Debtor    Attorney General of New Jersey
    Attorney for Taxation

_____    _____
Edward Hanratty, Esq.    Heather Lynn Anderson
    Deputy Attorney General

United States Bankruptcy Court
District of New Jersey

In re:  
Carl Gaynor  
     Debtor

Case No. 19-24097-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 05, 2020  
                          Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2020.  
db          Carl Gaynor,    1109 Hope Rd,    Tinton Falls, NJ    07712-3125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2020 at the address(es) listed below:

           Albert Russo    docs@russotrustee.com  
           Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
            dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Douglas J. McDonough    on behalf of Creditor    Lakeview Loan Servicing, LLC DMcDonough@flwlaw.com  
           Edward Hanratty    on behalf of Debtor Carl Gaynor  
            thanratty@centralnewjerseybankruptcylawyer.com, aaguirre@centralnewjerseybankruptcylawyer.com  
           Gavin Stewart    on behalf of Creditor    Toyota Motor Credit Corporation gavin@stewartlegalgroup.com  
           Heather Lynn Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation  
            heather.anderson@law.dol.lps.state.nj.us  
           Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation  
            kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                             TOTAL: 8