Edward Hanratty, Esq.

80 Court Street

Freehold, NJ 07728

(732) 866-6655

| In re Carl Gaynor | UNITED STATES BANKRUTPCY COURT DISTRICT OF NEW JERSEY<br><br>CASE #19-24097<br>Judge:<br><br><br>AFFIDAVIT OF PROFESSIONAL FEES AND SERVICES |
|---|---|

Edward Hanratty, Esq., being duly sworn, hereby states:

1. I am an Attorney-at-Law, duly licensed to practice in State and Federal courts of New Jersey, Pennsylvania and West Virginia.

2. I have spent 17 years practicing before courts in the above jurisdictions.

3. My regular hourly rate is $400 an hour with paralegal charges of $100 an hour. These rates are reasonable in relation to existing market rates. The hourly rate for an attorney of my experience according to the Laffey Matrix, the standard used by government attorneys when valuing their services, is $589 an hour. The time spent on the matter is reasonable in light of the work required.

4. The time and labor involved in the matter were reasonable and the legal skill required to properly prepare, try and appeal the matter was of a high degree. I have previously been awarded $350 an hour by the Hon. M. Gelade, J.S.C., in the matter of Czmyr v. Avalanche Heating, MID-DC-17106-09, by the Hon. M.B. Kaplan, U.S.B.J., in In re Bellino, 10-49686, and in fee applications concerning general bankruptcy matters in this district.

      5. Exhibit A and Exhibit B attached is an accurate record of the time expended in the matter and requests a fee of $4298.71 , I received $1,000.00 paid to date, due $ 3298.71.

      6. Costs expended in the matter were as follows:

      Filing fee & service fees      0.00
      Postage      14.97

I have carefully read the above and swear it to be true to the best of my knowledge and understand that any misstatements made by me subject me to punishment.

Dated: March 30, 2020      /s/ Edward Hanratty
      EDWARD HANRATTY, ESQ.