UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Edward Hanratty, Esq.
80 Court Street
Freehold, NJ 07728
Office:732-866-6655
Fax:732-734-0651

**Order Filed on April 23, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

CARL GAYNOR`

| | |
|---|---|
| Case No.: | 19-24097 |
| Chapter: | 13 |
| Judge: | MBK |

## ORDER AUTHORIZING RETENTION OF

_____ Edward Hanratty, Esq. _____

    The relief set forth on the following page is **ORDERED**.

**DATED: April 23, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Edward Hanratty, Esq._____

as _____Special Counsel_____, it is hereby ORDERED:

1.      The applicant is authorized to retain the above party in the professional capacity noted.

        The professional's address is:    Law Office of Edward Hanratty

                                          80 Court Street

                                          Freehold, NJ 07728

2.      Compensation will be paid in such amounts as may be allowed by the Court on proper

        application(s).

3.      If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

        ☐  Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

        ☐  Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter

        13 case. Payment to the professional may only be made after satisfactory completion of

        services.

4.      The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*