Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–24097–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carl Gaynor
   aka Carl Ellis Gaynor Jr.
   1109 Hope Rd
   Tinton Falls, NJ 07712–3125

Social Security No.:
   xxx–xx–8806

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       5/19/20
Time:       02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Edward Hanratty, Debtor's Attorney

COMMISSION OR FEES
fee: $8229.25

EXPENSES
$23.70

If this is a chapter 13 case, the fees and expenses awarded:

   ☑   will not reduce the amount to be paid to general unsecured
       creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 28, 2020
JAN:

          Jeanne Naughton
          Clerk

```
                             United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                  Case No. 19-24097-MBK
Carl Gaynor                                                             Chapter 13
        Debtor                        CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin              Page 1 of 2              Date Rcvd: Apr 28, 2020
                               Form ID: 137             Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2020.
db              Carl Gaynor,    1109 Hope Rd,    Tinton Falls, NJ 07712-3125
aty            +Frenkel Lambert Weiss Weissman & Gordan,    80 Main Street, Suite 460,
                 West Orange, NJ 07052-5414
sp             +Edward Hanratty,    Law Office of Edward Hanratty,    80 Court Street,    Freehold, NJ 07728-1755
cr             +Toyota Motor Credit Corporation,    P.O. Box 340514,    Tampa, FL 33694-0514
518362627       AMERICAN HEART ASOCIATION PC,    PO Box 1207,    Neptune, NJ 07754-1207
518428703       CREDIT FIRST NA,    PO BOX 818011,    CLEVELAND, OH 44181-8011
518362630       CREDIT FIRST NATL ASSOC,    PO Box 81315,    Cleveland, OH 44181-0315
518362632       FEDLOAN SERVICING,    PO Box 60610,    Harrisburg, PA 17106-0610
518362633       FIrestone,    PO Box 81307,    Cleveland, OH 44181-0307
518362634      +FLAGSTAR BANK,    PO BOX 660263,    Dallas, TX 75266-0263
518362631       Federal Loan Servicing Credit,    PO Box 60610,    Harrisburg, PA 17106-0610
518488327       Lakeview Loan Servicing, LLC,    Flagstar Bank,    5151 Corporate Dr,
                 Troy, Michigan 48098-2639
518362637       New Jersey Division of Taxation,    50 Barrack St Fl 9,    Trenton, NJ 08608-2006
518446971     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    PO BOX 245-Bankruptcy,
                 Trenton, NJ 08695-0272)
518362642       Toyota Financial Services,    PO Box 9786,    Cedar Rapids, IA 52409-0004
518432108      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
518362643       US DEPARTMENT OF EDUCATION,    3130 Fairview Park Dr Ste 800,    Falls Church, VA 22042-4566

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 28 2020 22:57:54      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 28 2020 22:57:51      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
lm             +E-mail/Text: cashiering-administrationservices@flagstar.com Apr 28 2020 22:58:17
                 Flagstar Bank,    5151 Corporate Drive,    Troy, MI 48098-2639
518362628      +E-mail/Text: g20956@att.com Apr 28 2020 22:58:15     AT&T,    208 S Akard St,
                 Dallas, TX 75202-4206
518362629       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 28 2020 23:12:46      Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
518379688      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 28 2020 23:01:23
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518471036      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 28 2020 23:00:47      Directv, LLC,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518362635       E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 28 2020 22:57:23      Internal Revenue Service,
                 310 Lowell St Stop 360,    Andover, MA 01810-5430
518362638       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 28 2020 23:00:41
                 PORTFOLIO RECOVERY,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4952
518458450       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 28 2020 23:01:54
                 Portfolio Recovery Associates, LLC,    c/o Amazon.com,    POB 41067,    Norfolk VA 23541
518362639       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 28 2020 23:01:55
                 Portfolio Recovery Association,    Riverside Commence Center,    120 Corporate Blvd Ste 100,
                 Norfolk, VA 23502-4952
518362640       E-mail/PDF: gecsedi@recoverycorp.com Apr 28 2020 23:01:41      SYNC B/Amazon,    PO Box 965036,
                 Orlando, FL 32896-5036
518362641       E-mail/PDF: gecsedi@recoverycorp.com Apr 28 2020 23:01:42      SYNC B/Walmart,    PO Box 965036,
                 Orlando, FL 32896-5036
518362673      +E-mail/PDF: gecsedi@recoverycorp.com Apr 28 2020 23:01:04      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518362636*      Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: Apr 28, 2020
                              Form ID: 137             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2020 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Douglas J. McDonough    on behalf of Creditor    Lakeview Loan Servicing, LLC DMcDonough@flwlaw.com
              Edward    Hanratty    on behalf of Debtor Carl    Gaynor
               thanratty@centralnewjerseybankruptcylawyer.com,   aaguirre@centralnewjerseybankruptcylawyer.com
              Gavin    Stewart    on behalf of Creditor    Toyota Motor Credit Corporation bk@stewartlegalgroup.com
              Heather Lynn    Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation
               heather.anderson@law.dol.lps.state.nj.us
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 8
```