| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Edward Hanratty, Esq.<br>80 Court Street<br>Freehold, NJ 07728<br>732-866-6655 | |

**Order Filed on May 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: | 19-24097 |
|---|---|---|
| Carl Gaynor | Chapter: | 13 |
| | Judge: | MBK |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 21, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Edward Hanratty_____, the applicant, is allowed a fee of $ _____6,701.78_____ for services rendered and expenses in the amount of $_____10.50_____ for a total of $_____6,712.28_____ . The allowance shall be payable:

- ☑ through the Chapter 13 plan as an administrative priority.
- ❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.

ORDERED that **Tomes & Hanratty, PC a/k/a Tomes Law FIrm**_____, the applicant, is allowed a fee of $ __**1,516.97**__ for services rendered and expenses in the amount of **$0.00** for a total of **$ 1,516.67.** The allowance shall be payable:

- X   through the Chapter 13 plan as an administrative priority.

- outside the plan.

United States Bankruptcy Court
District of New Jersey

In re:  
Carl Gaynor  
    Debtor

Case No. 19-24097-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: May 26, 2020  
    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2020.  
db    Carl Gaynor,    1109 Hope Rd,    Tinton Falls, NJ    07712-3125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2020    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2020 at the address(es) listed below:  
    Albert Russo    docs@russotrustee.com  
    Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
     dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Douglas J. McDonough    on behalf of Creditor    Lakeview Loan Servicing, LLC DMcDonough@flwlaw.com  
    Edward Hanratty    on behalf of Debtor Carl Gaynor  
     thanratty@centralnewjerseybankruptcylawyer.com, aaguirre@centralnewjerseybankruptcylawyer.com  
    Gavin Stewart    on behalf of Creditor    Toyota Motor Credit Corporation bk@stewartlegalgroup.com  
    Heather Lynn Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation  
     heather.anderson@law.dol.lps.state.nj.us  
    Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation  
     kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
    TOTAL: 8