Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–24097–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Carl Gaynor
aka Carl Ellis Gaynor Jr.
1109 Hope Rd
Tinton Falls, NJ 07712–3125

Social Security No.:
xxx–xx–8806

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 16, 2020.

On 07/07/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:           August 12, 2020
Time:           10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 8, 2020
JAN: mjb

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                               District of New Jersey

In re:                                                        Case No. 19-24097-MBK
Carl Gaynor                                                   Chapter 13
        Debtor               CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2        Date Rcvd: Jul 08, 2020
                              Form ID: 185             Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2020.
db             Carl Gaynor,    1109 Hope Rd,   Tinton Falls, NJ 07712-3125
aty           +Frenkel Lambert Weiss Weissman & Gordan,    80 Main Street, Suite 460,
                West Orange, NJ 07052-5414
sp            +Edward Hanratty,    Law Office of Edward Hanratty,    80 Court Street,   Freehold, NJ 07728-1755
cr            +Toyota Motor Credit Corporation,    P.O. Box 340514,    Tampa, FL 33694-0514
518362627      AMERICAN HEART ASOCIATION PC,    PO Box 1207,   Neptune, NJ 07754-1207
518428703      CREDIT FIRST NA,    PO BOX 818011,   CLEVELAND, OH 44181-8011
518362630      CREDIT FIRST NATL ASSOC,    PO Box 81315,   Cleveland, OH 44181-0315
518362632      FEDLOAN SERVICING,    PO Box 60610,   Harrisburg, PA 17106-0610
518362633      FIrestone,    PO Box 81307,   Cleveland, OH 44181-0307
518362634     +FLAGSTAR BANK,    PO BOX 660263,   Dallas, TX 75266-0263
518362631      Federal Loan Servicing Credit,    PO Box 60610,    Harrisburg, PA 17106-0610
518488327      Lakeview Loan Servicing, LLC,    Flagstar Bank,    5151 Corporate Dr,
                Troy, Michigan 48098-2639
518362637      New Jersey Division of Taxation,    50 Barrack St Fl 9,   Trenton, NJ 08608-2006
518446971     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    PO BOX 245-Bankruptcy,
                Trenton, NJ 08695-0272)
518362642      Toyota Financial Services,    PO Box 9786,   Cedar Rapids, IA 52409-0004
518432108     +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
518362643      US DEPARTMENT OF EDUCATION,    3130 Fairview Park Dr Ste 800,    Falls Church, VA 22042-4566

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 09 2020 00:48:52      U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 09 2020 00:48:50      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
lm            +E-mail/Text: cashiering-administrationservices@flagstar.com Jul 09 2020 00:49:25
                Flagstar Bank,    5151 Corporate Drive,   Troy, MI 48098-2639
518362628     +E-mail/Text: g20956@att.com Jul 09 2020 00:49:21      AT&T,   208 S Akard St,
                Dallas, TX 75202-4206
518362629      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 09 2020 01:05:03       Capital One,
                PO Box 30281,    Salt Lake City, UT 84130-0281
518379688     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 09 2020 00:54:15
                Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518471036     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 09 2020 00:54:15       Directv, LLC,
                by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518362635      E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 09 2020 00:48:21       Internal Revenue Service,
                310 Lowell St Stop 360,    Andover, MA 01810-5430
518362638      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 09 2020 00:40:35
                PORTFOLIO RECOVERY,    120 Corporate Blvd Ste 100,   Norfolk, VA 23502-4952
518458450      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 09 2020 00:43:11
                Portfolio Recovery Associates, LLC,    c/o Amazon.com,   POB 41067,    Norfolk VA 23541
518362639      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 09 2020 00:43:13
                Portfolio Recovery Association,    Riverside Commence Center,   120 Corporate Blvd Ste 100,
                Norfolk, VA 23502-4952
518362640      E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2020 00:41:30      SYNC B/Amazon,   PO Box 965036,
                Orlando, FL 32896-5036
518362641      E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2020 00:40:17      SYNC B/Walmart,   PO Box 965036,
                Orlando, FL 32896-5036
518362673     +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2020 00:41:30      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518362636*     Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 08, 2020
                              Form ID: 185             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2020 at the address(es) listed below:
              Albert    Russo     docs@russotrustee.com
              Denise E. Carlon     on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,     bkgroup@kmllawgroup.com
              Douglas J. McDonough     on behalf of Creditor    Lakeview Loan Servicing, LLC DMcDonough@flwlaw.com
              Edward    Hanratty     on behalf of Debtor Carl   Gaynor
               thanratty@centralnewjerseybankruptcylawyer.com,   aaguirre@centralnewjerseybankruptcylawyer.com
              Gavin    Stewart     on behalf of Creditor    Toyota Motor Credit Corporation bk@stewartlegalgroup.com
              Heather Lynn   Anderson     on behalf of Creditor    State Of New Jersey Division Of Taxation
               heather.anderson@law.dol.lps.state.nj.us
              Kevin Gordon McDonald     on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com,     bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 8
```