|  |  |
|---|---|
| IN RE:<br>CARL GAYNOR<br><br>Debtor(s) | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Case No.: 19-24097<br>Hearing Date: _____<br>Judge: MBK |

## CERTIFICATION OF DEBTOR(S) IN SUPPORT OF
## COVID-19 CHAPTER 13 PLAN MODIFICATION

I[We], CARL GAYNOR am [are] the debtor [s] in the above-captioned Ch. 13 case and make this Certification under penalty of perjury in support of the COVID-19 Chapter 13 Plan Modification filed separately on the docket on July 7, 2020.

1) The Chapter 13 plan was originally confirmed by order entered on March 16, 2020.

2) I was current with plan payments through April 2020.

3) I was current with post-petition mortgage payments through June 2020 on property located at 1109 Hope Road, Tinton Falls, NJ 07712.

[If not applicable, skip] [if more than 1 property add additional lines]

    a) The mortgage payments referred to above are ☐ contractual payments ☑ adequate protection payments. [Check one]

    b) I am current with post-petition real estate taxes on the property located at

    1109 Hope Road, Tinton Falls, NJ 07712

    ⦿ YES ◯ NO

    c) I have current liability insurance on the property and can provide proof thereof.

    ⦿ YES ◯ NO

4) If the confirmed plan includes a cram down on a mortgage, then answer the following:

    a) I am current with post-petition real estate taxes on the property located at

    N/A

    ◯ YES ◯ NO

    b) I have current liability insurance on the property and can provide proof thereof.

    ◯ YES ◯ NO

5) I was current with post-petition auto payments through _____ on the following automobile(s). [If not applicable, skip]

_____

6) The change in my household income previously reported on Schedule I is $ __6,696.15__. My current household income is $ __7,329.07__. I have attached a current paystub or proof of the change in income to this certification. [Redact any personally identifiable information before docketing.] My current total household expenses are now $ __7,090.00__.

7) As a result of COVID-19 I have suffered a material financial hardship which has impacted me in the following way:

> My wife made most of her money while working a lot of overtime (about 20-40 hrs of overtime per week) at Bayada Nurses before COVID-19. When Bayada started losing cases as a result of families canceling in-home nursing, my wife's hourly pay was cut and her work hours were reduced.
>
> She recently left her full-time position at Bayada (but still accepts work on an as needed basis) for a more stable, but lower paying position at Meridian that does not offer any overtime pay. She currently takes care of COVID-19 patients at Meridian's facility and that has also hampered her ability to find additional work.
>
> My wife makes less money now per month and her ability to make additional monies has evaporated as a result of COVID-19.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: __7/8/20__    _____
                                                                            Debtor Signature

Dated: _____    _____
                                                                            Debtor Signature