Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−24097−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carl Gaynor
   aka Carl Ellis Gaynor Jr.
   1109 Hope Rd
   Tinton Falls, NJ 07712−3125

Social Security No.:
   xxx−xx−8806

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       12/9/20
Time:       01:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Edward Hanratty, Debtor's Attorney

COMMISSION OR FEES
fee: $3178.29

EXPENSES
expenses: $10.95

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☑    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows: TO PAY DEBTORS ATTORNEY FEES

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: November 9, 2020
JAN: kmm

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Carl Gaynor  
    Debtor(s)

Case No. 19-24097-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Nov 09, 2020     Form ID: 137     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Carl Gaynor, 1109 Hope Rd, Tinton Falls, NJ 07712-3125 |
| aty | + | Frenkel Lambert Weiss Weissman & Gordan, 80 Main Street, Suite 460, West Orange, NJ 07052-5414 |
| sp | + | Edward Hanratty, Law Office of Edward Hanratty, 80 Court Street, Freehold, NJ 07728-1755 |
| cr | + | Toyota Motor Credit Corporation, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518362627 | | AMERICAN HEART ASOCIATION PC, PO Box 1207, Neptune, NJ 07754-1207 |
| 518428703 | | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 518362630 | | CREDIT FIRST NATL ASSOC, PO Box 81315, Cleveland, OH 44181-0315 |
| 518362632 | | FEDLOAN SERVICING, PO Box 60610, Harrisburg, PA 17106-0610 |
| 518362633 | | FIrestone, PO Box 81307, Cleveland, OH 44181-0307 |
| 518362634 | + | FLAGSTAR BANK, PO BOX 660263, Dallas, TX 75266-0263 |
| 518362631 | | Federal Loan Servicing Credit, PO Box 60610, Harrisburg, PA 17106-0610 |
| 518488327 | | Lakeview Loan Servicing, LLC, Flagstar Bank, 5151 Corporate Dr, Troy, Michigan 48098-2639 |
| 518362637 | | New Jersey Division of Taxation, 50 Barrack St Fl 9, Trenton, NJ 08608-2006 |
| 518446971 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0272 |
| 518362642 | | Toyota Financial Services, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 518432108 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518362643 | | US DEPARTMENT OF EDUCATION, 3130 Fairview Park Dr Ste 800, Falls Church, VA 22042-4566 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 09 2020 21:09:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 09 2020 21:09:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: cashiering-administrationservices@flagstar.com | Nov 09 2020 21:10:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 518362628 | + | Email/Text: g20956@att.com | Nov 09 2020 21:10:00 | AT&T, 208 S Akard St, Dallas, TX 75202-4206 |
| 518362629 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 09 2020 21:17:12 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518379688 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 09 2020 21:16:57 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518471036 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 09 2020 21:17:39 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518362635 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 09 2020 21:09:00 | Internal Revenue Service, 310 Lowell St Stop 360, Andover, MA 01810-5430 |
| 518362638 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 09 2020 21:17:15 | PORTFOLIO RECOVERY, 120 Corporate Blvd |

Case 19-24097-MBK    Doc 99    Filed 11/11/20    Entered 11/12/20 00:15:26    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 09, 2020 | Form ID: 137 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Ste 100, Norfolk, VA 23502-4952 |
| 518458450 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2020 21:16:55 | | Portfolio Recovery Associates, LLC, c/o Amazon.com, POB 41067, Norfolk VA 23541 |
| 518362639 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2020 21:17:15 | | Portfolio Recovery Association, Riverside Commence Center, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 518362640 | | Email/PDF: gecsedi@recoverycorp.com Nov 09 2020 21:16:49 | | SYNC B/Amazon, PO Box 965036, Orlando, FL 32896-5036 |
| 518362641 | | Email/PDF: gecsedi@recoverycorp.com Nov 09 2020 21:16:49 | | SYNC B/Walmart, PO Box 965036, Orlando, FL 32896-5036 |
| 518362673 | + | Email/PDF: gecsedi@recoverycorp.com Nov 09 2020 21:17:10 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518362636 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 11, 2020                    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor Lakeview Loan Servicing LLC DMcDonough@flwlaw.com |
| Edward Hanratty | on behalf of Debtor Carl Gaynor thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Heather Lynn Anderson | on behalf of Creditor State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 09, 2020 | Form ID: 137 | Total Noticed: 31 |

Kevin Gordon McDonald
    on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8