| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee<br>CN 4853<br>Trenton, NJ  08650-4853 | Albert Russo, Trustee<br>PO Box 933<br>Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
### Chapter 13 Case No. 19-24097 / MBK

Carl Gaynor

Petition Filed Date: 07/20/2019
341 Hearing Date: 08/15/2019
Confirmation Date: 03/11/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/24/2020 | $334.00 | 65027420 | 02/24/2020 | $334.00 | 65739150 | 04/03/2020 | $310.00 | 66883410 |
| 05/01/2020 | $330.00 | 67529860 | 06/15/2020 | $445.00 | 68642840 | 07/13/2020 | $200.00 | 69324030 |
| 08/10/2020 | $200.00 | 69987490 | 09/04/2020 | $200.00 | 70653140 | 11/16/2020 | $641.00 | 72304350 |
| 12/11/2020 | $641.00 | 72995870 | 01/08/2021 | $641.00 | 73658060 | 02/05/2021 | $641.00 | 74347580 |

**Total Receipts for the Period:  $4,917.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $6,921.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Carl Gaynor | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»»  ORD 5/21/20 | Attorney Fees | $6,712.28 | $2,218.85 | $4,493.43 |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2015-2016 | Priority Crediors | $14,811.26 | $0.00 | $14,811.26 |
| 2 | INTERNAL REVENUE SERVICE<br>»»  2014 | Unsecured Creditors | $5,619.51 | $0.00 | $5,619.51 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,913.58 | $0.00 | $2,913.58 |
| 4 | CREDIT FIRST NA<br>»»  FIRESTONE | Unsecured Creditors | $800.15 | $0.00 | $800.15 |
| 5 | TOYOTA MOTOR CREDIT CORP<br>»»  2016 TOYOTA CAMRY/ORDER 9/22/2019 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 6 | NJ DIVISION OF TAXATION<br>»»  TGI 2014-2015 | Secured Creditors | $8,154.13 | $2,521.69 | $5,632.44 |
| 7 | NJ DIVISION OF TAXATION<br>»»  TGI 2016-2017 | Priority Crediors | $1,220.87 | $0.00 | $1,220.87 |
| 8 | NJ DIVISION OF TAXATION<br>»»  COSTS 7/2017/ ORDER 3/3/20 | Unsecured Creditors | $776.37 | $0.00 | $776.37 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  AMAZON.COM | Unsecured Creditors | $1,159.17 | $0.00 | $1,159.17 |
| 10 | DIRECTV, LLC BY AMERICAN INFOSOURCE LP AS AGENT | Unsecured Creditors | $244.32 | $0.00 | $244.32 |
| 11 | LAKEVIEW LOAN SERVICING LLC<br>»»  P/1109 HOPE RD/1ST MTG/ORDER 10/14/2020 | Mortgage Arrears<br>No Disbursements: Pending Loan Mod. | $4,451.89 | $0.00 | $4,451.89 |
| 12 | TOYOTA MOTOR CREDIT CORP<br>»»  2016 TOYOTA CAMRY/ORDER 4/16/20 | Debt Secured by Vehicle | $431.00 | $0.00 | $431.00 |

| 0 | TOMES & HARATTY, PC | Attorney Fees | $1,516.97 | $501.45 | $1,015.52 |
|---|---|---|---|---|---|
|   | »»  ORD 5/21/20 |   |   |   |   |
| 0 | Edward Hanratty, Esq. | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,921.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $5,241.99 | Current Monthly Payment: | $641.00 |
| Paid to Trustee: | $475.21 | Arrearages: | $641.00 |
| Funds on Hand: | $1,203.80 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**