Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 19−24097−MBK
                Chapter: 13
                Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carl Gaynor
   aka Carl Ellis Gaynor Jr.
   1109 Hope Rd
   Tinton Falls, NJ 07712−3125

Social Security No.:
   xxx−xx−8806

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 29, 2021.

Dated: October 29, 2021
JAN: ghm

                                                                         Jeanne Naughton
                                                                         Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Carl Gaynor  
    Debtor

Case No. 19-24097-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Oct 29, 2021      Form ID: plncf13      Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Carl Gaynor, 1109 Hope Rd, Tinton Falls, NJ 07712-3125 |
| aty | + | Frenkel Lambert Weiss Weissman & Gordan, 80 Main Street, Suite 460, West Orange, NJ 07052-5414 |
| sp | + | Edward Hanratty, Law Office of Edward Hanratty, 80 Court Street, Freehold, NJ 07728-1755 |
| cr | + | Toyota Motor Credit Corporation, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518362627 | | AMERICAN HEART ASOCIATION PC, PO Box 1207, Neptune, NJ 07754-1207 |
| 518428703 | | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 518362630 | | CREDIT FIRST NATL ASSOC, PO Box 81315, Cleveland, OH 44181-0315 |
| 518362632 | | FEDLOAN SERVICING, PO Box 60610, Harrisburg, PA 17106-0610 |
| 518362633 | | FIrestone, PO Box 81307, Cleveland, OH 44181-0307 |
| 518362634 | + | FLAGSTAR BANK, PO BOX 660263, Dallas, TX 75266-0263 |
| 518362631 | | Federal Loan Servicing Credit, PO Box 60610, Harrisburg, PA 17106-0610 |
| 518488327 | | Lakeview Loan Servicing, LLC, Flagstar Bank, 5151 Corporate Dr, Troy, Michigan 48098-2639 |
| 518362637 | | New Jersey Division of Taxation, 50 Barrack St Fl 9, Trenton, NJ 08608-2006 |
| 518446971 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0272 |
| 518362642 | | Toyota Financial Services, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 518432108 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518362643 | | US DEPARTMENT OF EDUCATION, 3130 Fairview Park Dr Ste 800, Falls Church, VA 22042-4566 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 29 2021 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 29 2021 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: cashiering-administrationservices@flagstar.com | Oct 29 2021 20:34:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 518362628 | + | Email/Text: g20956@att.com | Oct 29 2021 20:34:00 | AT&T, 208 S Akard St, Dallas, TX 75202-4206 |
| 518428703 | | Email/Text: BKPT@cfna.com | Oct 29 2021 20:33:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 518362630 | | Email/Text: BKPT@cfna.com | Oct 29 2021 20:33:00 | CREDIT FIRST NATL ASSOC, PO Box 81315, Cleveland, OH 44181-0315 |
| 518362629 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 29 2021 20:45:16 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518379688 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 29 2021 20:45:24 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518471036 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 29 2021 20:45:36 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK |

Case 19-24097-MBK    Doc 133    Filed 10/31/21    Entered 11/01/21 00:20:15    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 29, 2021 | Form ID: plncf13 | Total Noticed: 31 |

| Recip ID | Notice Type | Notice Date | Recipient |
|---|---|---|---|
| | | | 73118-7901 |
| 518362633 | Email/Text: BKPT@cfna.com | Oct 29 2021 20:33:00 | FIrestone, PO Box 81307, Cleveland, OH 44181-0307 |
| 518362635 | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 29 2021 20:33:00 | Internal Revenue Service, 310 Lowell St Stop 360, Andover, MA 01810-5430 |
| 518362638 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 29 2021 20:45:18 | PORTFOLIO RECOVERY, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 518458450 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 29 2021 20:45:30 | Portfolio Recovery Associates, LLC, c/o Amazon.com, POB 41067, Norfolk VA 23541 |
| 518362639 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 29 2021 20:45:18 | Portfolio Recovery Association, Riverside Commence Center, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 518362640 | Email/PDF: gecsedi@recoverycorp.com | Oct 29 2021 20:45:27 | SYNC B/Amazon, PO Box 965036, Orlando, FL 32896-5036 |
| 518362641 | Email/PDF: gecsedi@recoverycorp.com | Oct 29 2021 20:45:27 | SYNC B/Walmart, PO Box 965036, Orlando, FL 32896-5036 |
| 518362673 + | Email/PDF: gecsedi@recoverycorp.com | Oct 29 2021 20:45:28 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518362636 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 31, 2021                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Oct 29, 2021 | Form ID: plncf13 | Total Noticed: 31

Douglas J. McDonough
    on behalf of Creditor Lakeview Loan Servicing  LLC DMcDonough@flwlaw.com

Edward Hanratty
    on behalf of Debtor Carl Gaynor thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com

Gavin Stewart
    on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com

Heather Lynn Anderson
    on behalf of Creditor State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us

Kevin Gordon McDonald
    on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9