Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–24097–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carl Gaynor
   aka Carl Ellis Gaynor Jr.
   1109 Hope Rd
   Tinton Falls, NJ 07712–3125

Social Security No.:
   xxx–xx–8806

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 11/23/21 at 09:00 AM

to consider and act upon the following:

*129* – Creditor's Certification of Default (related document:60 Consent Order filed by Creditor Toyota Motor Credit Corporation) filed by Gavin Stewart on behalf of Toyota Motor Credit Corporation. Objection deadline is 11/5/2021. (Attachments: # 1 Certification # 2 Exhibit Consent Order # 3 Proposed Order # 4 Certificate of Service) (Stewart, Gavin)

Dated: 11/8/21

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court