UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Toyota Motor Credit Corporation*

In re:

Carl Gaynor,
aka Carl Ellis Gaynor, Jr.

                              Debtor.

Chapter: 13

Case No.: 19-24097-MBK

Judge Michael B. Kaplan

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been **Withdrawn**.

Matter: **Creditor's Certification of Default** (Doc. No. 129).

Dated: November 22, 2021

                              Stewart Legal Group, P.L.
                              Attorney for Toyota Motor Credit Corporation

            By:    */s/Gavin N. Stewart*
                   Gavin N. Stewart, Esq.