| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
Chapter 13 Case No. 19-24097 / MBK

Carl Gaynor

Petition Filed Date: 07/20/2019
341 Hearing Date: 08/15/2019
Confirmation Date: 03/11/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2021 | $641.00 | 73658060 | 02/05/2021 | $641.00 | 74347580 | 03/05/2021 | $641.00 | 75039420 |
| 04/14/2021 | $703.00 | 75981610 | 05/14/2021 | $703.00 | 76700590 | 06/11/2021 | $703.00 | 77357710 |
| 07/12/2021 | $703.00 | 77993800 | 08/20/2021 | $703.00 | 78911590 | 09/17/2021 | $703.00 | 79539020 |
| 10/29/2021 | $703.00 | 80436080 | 11/29/2021 | $707.00 | 81030550 | 12/28/2021 | $707.00 | 81632620 |
| 01/21/2022 | $707.00 | 82234770 | | | | | | |

**Total Receipts for the Period:  $8,965.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $14,604.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Carl Gaynor | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»»  ORD 5/21/20 | Attorney Fees | $6,712.28 | $5,785.15 | $927.13 |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2015-2016 | Priority Creditors | $14,811.26 | $0.00 | $14,811.26 |
| 2 | INTERNAL REVENUE SERVICE<br>»»  2014 | Unsecured Creditors | $5,619.51 | $0.00 | $5,619.51 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,913.58 | $0.00 | $2,913.58 |
| 4 | CREDIT FIRST NA<br>»»  FIRESTONE | Unsecured Creditors | $800.15 | $0.00 | $800.15 |
| 5 | TOYOTA MOTOR CREDIT CORP<br>»»  2016 TOYOTA CAMRY/ORDER 9/22/2019 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 6 | NJ DIVISION OF TAXATION<br>»»  TGI 2014-2015 | Secured Creditors | $8,154.13 | $2,521.69 | $5,632.44 |
| 7 | NJ DIVISION OF TAXATION<br>»»  TGI 2016-2017 | Priority Creditors | $1,220.87 | $0.00 | $1,220.87 |
| 8 | NJ DIVISION OF TAXATION<br>»»  COSTS 7/2017/ ORDER 3/3/20 | Unsecured Creditors | $776.37 | $0.00 | $776.37 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  AMAZON.COM | Unsecured Creditors | $1,159.17 | $0.00 | $1,159.17 |
| 10 | DIRECTV, LLC BY AMERICAN INFOSOURCE LP AS AGENT | Unsecured Creditors | $244.32 | $0.00 | $244.32 |
| 11 | LAKEVIEW LOAN SERVICING LLC<br>»»  P/1109 HOPE RD/1ST MTG/LOAN MOD ORD 5/21/21 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-24097 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 12 | TOYOTA MOTOR CREDIT CORP<br>»» 2016 TOYOTA CAMRY/ORDER 4/16/20 | Debt Secured by Vehicle | $431.00 | $0.00 | $431.00 |
| 0 | TOMES & HARATTY, PC<br>»» ORD 5/21/20 | Attorney Fees | $1,516.97 | $1,307.43 | $209.54 |
| 0 | Edward Hanratty, Esq.<br>»» ORDER 3/15/21 | Attorney Fees | $3,189.24 | $2,450.48 | $738.76 |
| 0 | Edward Hanratty, Esq.<br>»» ORDER 8/11/21 | Attorney Fees | $1,339.43 | $828.04 | $511.39 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,604.00 | Plan Balance: | $38,182.00 ** |
| Paid to Claims: | $12,892.79 | Current Monthly Payment: | $707.00 |
| Paid to Trustee: | $1,063.60 | Arrearages: | $711.00 |
| Funds on Hand: | $647.61 | Total Plan Base: | $52,786.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.