| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2022 to 03/13/2023

**Chapter 13 Case No. 19-24097 / MBK**

Carl Gaynor

Petition Filed Date: 07/20/2019
341 Hearing Date: 08/15/2019
Confirmation Date: 03/11/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/21/2022 | $707.00 | 82234770 | 02/22/2022 | $707.00 | 82855330 | 04/01/2022 | $707.00 | 83737970 |
| 05/02/2022 | $730.00 | 84408950 | 05/31/2022 | $730.00 | 84941830 | 07/11/2022 | $730.00 | 85764200 |
| 08/23/2022 | $730.00 | 86569440 | 09/19/2022 | $730.00 | 87164190 | 11/10/2022 | $730.00 | 88189380 |
| 12/09/2022 | $730.00 | 88737320 | 12/27/2022 | $1,464.00 | 88961580 | 01/27/2023 | $730.00 | 89610720 |
| 03/02/2023 | $730.00 | 90312700 | | | | | | |

**Total Receipts for the Period: $10,155.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $24,052.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Carl Gaynor | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»» ORD 5/21/20 | Attorney Fees | $6,712.28 | $6,712.28 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2015-2016 | Priority Creditors | $14,811.26 | $0.00 | $14,811.26 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2014 | Unsecured Creditors | $5,619.51 | $0.00 | $5,619.51 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,913.58 | $0.00 | $2,913.58 |
| 4 | CREDIT FIRST NA<br>»» FIRESTONE | Unsecured Creditors | $800.15 | $0.00 | $800.15 |
| 5 | TOYOTA MOTOR CREDIT CORP<br>»» 2016 TOYOTA CAMRY/ORDER 9/22/2019 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 6 | NJ DIVISION OF TAXATION<br>»» TGI 2014-2015 | Secured Creditors | $8,154.13 | $6,638.01 | $1,516.12 |
| 7 | NJ DIVISION OF TAXATION<br>»» TGI 2016-2017 | Priority Creditors | $1,220.87 | $0.00 | $1,220.87 |
| 8 | NJ DIVISION OF TAXATION<br>»» COSTS 7/2017/ ORDER 3/3/20 | Unsecured Creditors | $776.37 | $0.00 | $776.37 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» AMAZON.COM | Unsecured Creditors | $1,159.17 | $0.00 | $1,159.17 |
| 10 | DIRECTV, LLC BY AMERICAN INFOSOURCE LP AS AGENT | Unsecured Creditors | $244.32 | $0.00 | $244.32 |
| 11 | NATIONSTAR MORTGAGE LLC<br>»» P/1109 HOPE RD/1ST MTG/LOAN MOD ORD 5/21/21/LAKEVIEW | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-24097 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 12 | TOYOTA MOTOR CREDIT CORP<br>»»  2016 TOYOTA CAMRY/ORDER 4/16/20 | Debt Secured by Vehicle | $431.00 | $431.00 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»»  ORD 5/21/20 | Attorney Fees | $1,516.97 | $1,516.97 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»»  ORDER 3/15/21 | Attorney Fees | $3,189.24 | $3,189.24 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»»  ORDER 8/11/21 | Attorney Fees | $1,339.43 | $1,339.43 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»»  ORDER 3/10/22 | Attorney Fees | $1,264.85 | $1,264.85 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»»  ORDER 3/21/22 | Attorney Fees | $396.58 | $396.58 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»»  ORDER 8/18/22 | Attorney Fees | $81.59 | $81.59 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,052.00 | Plan Balance: | $28,734.00 ** |
| Paid to Claims: | $21,569.95 | Current Monthly Payment: | $730.00 |
| Paid to Trustee: | $1,804.61 | Arrearages: | $730.00 |
| Funds on Hand: | $677.44 | Total Plan Base: | $52,786.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.