| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 19-24097 / MBK**

Carl Gaynor

Petition Filed Date: 07/20/2019
341 Hearing Date: 08/15/2019
Confirmation Date: 03/11/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/27/2023 | $730.00 | 89610720 | 03/02/2023 | $730.00 | 90312700 | 03/30/2023 | $730.00 | 90811770 |
| 04/12/2023 | $730.00 | 91079030 | 05/10/2023 | $730.00 | 91610260 | 06/22/2023 | $730.00 | 92350760 |
| 08/03/2023 | $730.00 | 93108040 | 09/01/2023 | $730.00 | 93552530 | 09/29/2023 | $730.00 | 94029160 |
| 10/12/2023 | $730.00 | 94280950 | 11/22/2023 | $730.00 | 94959040 | 01/05/2024 | $730.00 | 95668900 |

**Total Receipts for the Period: $8,760.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $31,352.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Carl Gaynor | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»»  ORD 5/21/20 | Attorney Fees | $6,712.28 | $6,712.28 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2015-2016 | Priority Creditors | $14,811.26 | $4,843.00 | $9,968.26 |
| 2 | INTERNAL REVENUE SERVICE<br>»»  2014 | Unsecured Creditors | $5,619.51 | $0.00 | $5,619.51 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,913.58 | $0.00 | $2,913.58 |
| 4 | CREDIT FIRST NA<br>»»  FIRESTONE | Unsecured Creditors | $800.15 | $0.00 | $800.15 |
| 5 | TOYOTA MOTOR CREDIT CORP<br>»»  2016 TOYOTA CAMRY/ORDER 9/22/2019 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 6 | NJ DIVISION OF TAXATION<br>»»  TGI 2014-2015 | Secured Creditors | $8,154.13 | $8,154.13 | $0.00 |
| 7 | NJ DIVISION OF TAXATION<br>»»  TGI 2016-2017 | Priority Creditors | $1,220.87 | $399.22 | $821.65 |
| 8 | NJ DIVISION OF TAXATION<br>»»  COSTS 7/2017/ ORDER 3/3/20 | Unsecured Creditors | $776.37 | $0.00 | $776.37 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  AMAZON.COM | Unsecured Creditors | $1,159.17 | $0.00 | $1,159.17 |
| 10 | DIRECTV, LLC BY AMERICAN INFOSOURCE LP AS AGENT | Unsecured Creditors | $244.32 | $0.00 | $244.32 |
| 11 | NATIONSTAR MORTGAGE LLC<br>»»  P/1109 HOPE RD/1ST MTG/LOAN MOD ORD 5/21/21/LAKEVIEW | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-24097 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 12 | TOYOTA MOTOR CREDIT CORP<br>»»  2016 TOYOTA CAMRY/ORDER 4/16/20 | Debt Secured by Vehicle | $431.00 | $431.00 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»»  ORD 5/21/20 | Attorney Fees | $1,516.97 | $1,516.97 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»»  ORDER 3/15/21 | Attorney Fees | $3,189.24 | $3,189.24 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»»  ORDER 8/11/21 | Attorney Fees | $1,339.43 | $1,339.43 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»»  ORDER 3/10/22 | Attorney Fees | $1,264.85 | $1,264.85 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»»  ORDER 3/21/22 | Attorney Fees | $396.58 | $396.58 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»»  ORDER 8/18/22 | Attorney Fees | $81.59 | $81.59 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $31,352.00 | Plan Balance: | $21,434.00 ** |
| Paid to Claims: | $28,328.29 | Current Monthly Payment: | $730.00 |
| Paid to Trustee: | $2,354.30 | Arrearages: | $730.00 |
| Funds on Hand: | $669.41 | Total Plan Base: | $52,786.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.



  **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.