| |
|---|
| DISTRICT OF NEW JERSEY<br>UNITED STATES BANKRUPTCY COURT<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Courtney R Shed, Esq. - 414442023<br>GROSS POLOWY LLC<br>Formed in the State of Delaware<br>95 Mount Bethel Road, Suite 3<br>Warren, NJ 07059<br>(716) 204-1700<br>E-mail: cshed@grosspolowy.com<br>Attorneys for Creditor Nationstar Mortgage LLC as servicing agent for Lakeview Loan Servicing, LLC enote vesting-Nationstar Mortgage LLC |

| In Re: | Case No.: 19-24097-mbk |
|---|---|
| CARL GAYNOR<br>AKA CARL ELLIS GAYNOR, JR.<br><br>Debtor(s). | Judge: Chief Judge Michael B. Kaplan<br><br>Chapter: 13 |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Nationstar Mortgage LLC as servicing agent for Lakeview Loan Servicing, LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:
    95 Mount Bethel Road, Suite 3
    Warren, NJ 07059

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

DATED: March 7, 2024
                                          GROSS POLOWY LLC
                                          Formed in the State of Delaware

                                          */s/ Courtney R Shed*
                                          By: Courtney R Shed, Esq.

*new.8/1/15*