---

DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Courtney R Shed, Esq. - 414442023
GROSS POLOWY LLC
Formed in the State of Delaware
95 Mount Bethel Road, Suite 3
Warren, NJ 07059
(716) 204-1700
E-mail: cshed@grosspolowy.com
Attorneys for Creditor Nationstar Mortgage LLC, as servicing agent for Lakeview Loan Servicing, LLC

---

In Re:

    Carl Gaynor aka Carl Ellis Gaynor, Jr.

    Debtor(s).

Case No.: 19-24097-mbk

Hearing Date: July 10, 2024

Judge: Chief Judge Michael B. Kaplan

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Kristen M. Cichocki:

    ☐ represent the Nationstar Mortgage LLC, as servicing agent for Lakeview Loan Servicing, LLC in the above-captioned matter.

    ☒ am the secretary/ paralegal for Gross Polowy LLC, who represents Nationstar Mortgage LLC, as servicing agent for Lakeview Loan Servicing, LLC, in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself

2. On May 17, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Motion for Relief from Stay

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: May 17, 2024

                                                                 Kristen M. Cichocki

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Carl Gaynor<br>AKA Carl Ellis Gaynor, Jr.<br>1109 Hope Rd<br>Tinton Falls, NJ 07712-3125 | Debtor | ☐ Hand delivered<br>☒ First Class Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court) |