Form ntcqcmsgsvc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 19–24097–MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Carl Gaynor
  aka Carl Ellis Gaynor Jr.
  1109 Hope Rd
  Tinton Falls, NJ 07712–3125

Social Security No.:
  xxx–xx–8806

Employer's Tax I.D. No.:

## NOTICE OF CLERK'S QUALITY CONTROL MESSAGE

      Please be advised that on June 10, 2024, the court entered the following quality control message on the court's docket in the above–captioned case:

Clerk's Office Quality Control Message: Please note that Local Form Certification of Service must be filed in accordance with the appropriate service provisions. This local form can be found in the Forms section of the Courts website www.njb.uscourts.gov. (related document:166 Motion re: to approve private sale Filed by Edward Hanratty on behalf of Carl Gaynor. Hearing scheduled for 7/10/2024 at 09:00 AM at MBK – Courtroom 8, Trenton. (Attachments: # 1 Certification # 2 Certification of exhibits # 3 Exhibit a # 4 Statement as to Why No Brief is Necessary b # 5 Proposed Order) filed by Debtor Carl Gaynor) (km)

Dated: June 10, 2024
JAN: km

                                                                        Jeanne Naughton
                                                                        Clerk