Form ntcqcmsgsvc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−24097−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carl Gaynor
   aka Carl Ellis Gaynor Jr.
   1109 Hope Rd
   Tinton Falls, NJ 07712−3125

Social Security No.:
   xxx−xx−8806

Employer's Tax I.D. No.:

## NOTICE OF CLERK'S QUALITY CONTROL MESSAGE

    Please be advised that on June 10, 2024, the court entered the following quality control message on the court's docket in the above−captioned case:

Clerk's Office Quality Control Message: Please note that Local Form Certification of Service must be filed in accordance with the appropriate service provisions. This local form can be found in the Forms section of the Courts website www.njb.uscourts.gov. (related document:166 Motion re: to approve private sale Filed by Edward Hanratty on behalf of Carl Gaynor. Hearing scheduled for 7/10/2024 at 09:00 AM at MBK − Courtroom 8, Trenton. (Attachments: # 1 Certification # 2 Certification of exhibits # 3 Exhibit a # 4 Statement as to Why No Brief is Necessary b # 5 Proposed Order) filed by Debtor Carl Gaynor) (km)

Dated: June 10, 2024
JAN: km

                                                                                         Jeanne Naughton
                                                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Carl Gaynor  
    Debtor

Case No. 19-24097-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Jun 10, 2024      Form ID: ntcqcmsg      Total Noticed: 0

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| sp | ##+ | Edward Hanratty, Law Office of Edward Hanratty, 80 Court Street, Freehold, NJ 07728-1755 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Courtney R. Shed | on behalf of Creditor Nationstar Mortgage LLC as servicing agent for Lakeview Loan Servicing  LLC cshed@grosspolowy.com, ecfnotices@grosspolowy.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Douglas J. McDonough | |

| | |
|---|---|
| Douglas J. McDonough | on behalf of Creditor Lakeview Loan Servicing LLC dmcdonough@flwlaw.com |
| | on behalf of Creditor Nationstar Mortgage LLC dmcdonough@flwlaw.com |
| Edward Hanratty | on behalf of Debtor Carl Gaynor thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| Elizabeth L. Wassall | on behalf of Creditor Lakeview Loan Servicing LLC ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Heather Lynn Anderson | on behalf of Creditor State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12