Form 158 – ntcpvsale11dip

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–24097–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carl Gaynor
   aka Carl Ellis Gaynor Jr.
   1109 Hope Rd
   Tinton Falls, NJ 07712–3125

Social Security No.:
   xxx–xx–8806

Employer's Tax I.D. No.:

## NOTICE OF PROPOSED PRIVATE SALE

   Carl Gaynor , debtor(s) in the above captioned case, proposed a private sale of certain property of the estate to the persons and on the terms described below.

   If any creditor or other party in interest has an objection to the sale, the objection and a request for a hearing on such objection shall be in writing, served upon the person named below, the Debtor, and the Clerk of the United States Bankruptcy Court.

   Such objection and request shall be filed with the Clerk and served upon the person named below on or before July 17, 2024.

   In the event an objection is timely filed, a hearing will be held before the Honorable Michael B. Kaplan on:

DATE:         07/24/2024
TIME:         9:00 AM
COURTROOM:    8

   If no objection is filed with the Clerk and served upon the person named below on or before July 17, 2024, the sale will be consummated on or after the fifth day following the last day to file objections.

THE PROPERTY TO BE SOLD, THE PROPOSED PURCHASER AND THE SALE PRICE:
Description of property to be sold:
1109 Hope Road
Tinton Falls, NJ 07712

Proposed Purchaser:
Teena Whitley

Sale price:
$800,000.00

Name of Professional:
Tanis Deitch, Esq. from Deitch and Perone

Amount to be paid:
$1,700.00 Flat Fee plus any costs

Services rendered:
Court Approved Real Estate Attorney for Debtor

 Higher or better offers may be submitted to the selling party no later than the date set for objections set forth above.

 Request for additional information about the property to be sold should be directed to the debtor's attorney at:

Edward Hanratty
Edward Hanratty
57 West Main Street
Ste 2nd Floor, Suite 2d
Freehold, NJ 07728
732−866−6655


Dated: June 24, 2024
JAN: mmf

                           Jeanne Naughton
                           Clerk