| | |
|---|---|
| **DISTRICT OF NEW JERSEY**<br>**UNITED STATES BANKRUPTCY COURT**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Courtney R Shed, Esq. - 414442023<br>GROSS POLOWY LLC<br>Formed in the State of Delaware<br>95 Mount Bethel Road, Suite 3<br>Warren, NJ 07059<br>(716) 204-1700<br>E-mail: cshed@grosspolowy.com<br>Attorneys for Creditor Nationstar Mortgage LLC, as servicing agent for Lakeview Loan Servicing, LLC | |
| In Re:<br><br>CARL GAYNOR<br>AKA CARL ELLIS GAYNOR, JR.<br><br>Debtor(s). | Case No.: 19-24097-mbk<br><br>Hearing Date: August 14, 2024<br><br>Judge: Michael B. Kaplan<br><br>Chapter: 13 |

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Kindly mark the Motion for relief from the automatic stay filed as document no 161 on April 4, 2024 as withdrawn.

| | |
|---|---|
| DATED: August 14, 2024 | Nationstar Mortgage LLC, as servicing agent for Lakeview Loan Servicing, LLC<br><br>*/s/ Courtney R Shed*<br>Courtney R Shed, Esq. - 414442023<br>GROSS POLOWY LLC<br>Formed in the State of Delaware<br>95 Mount Bethel Road, Suite 3<br>Warren, NJ 07059<br>(716) 204-1700<br>E-Mail: cshed@grosspolowy.com |

*rev.8/1/15*