UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on November 13, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Carl Gaynor

Case No.: 19-24097

Hearing Date: 11/13/2024

Judge: Michael B. Kaplan

Chapter: 13

Recommended Local Form:   ☒ Followed   ☐ Modified

# ORDER DENYING MOTION TO FIX AMOUNT DUE ON HUD PARTIAL CLAIM

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 13, 2024**

*Honorable Michael B. Kaplan*
*United States Bankruptcy Judge*

A motion or application having been filed on _____October 1_____, 20 _24_ by _Edward Hanratty_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*