Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19−24097−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carl Gaynor
   aka Carl Ellis Gaynor Jr.
   1109 Hope Rd
   Tinton Falls, NJ 07712−3125

Social Security No.:
   xxx−xx−8806

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:     3/12/25
Time:     02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Edward Hanratty, Debtor's Attorney

COMMISSION OR FEES
$3259.97

EXPENSES
$202.25

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 30, 2025
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-24097-MBK
Carl Gaynor  Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3　　　　　User: admin　　　　　Page 1 of 3
Date Rcvd: Jan 30, 2025　　　Form ID: 137　　　　　Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol　　Definition**

+　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++　　Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^　　　Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##　　Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Carl Gaynor, 1109 Hope Rd, Tinton Falls, NJ 07712-3125 |
| sp | + | Tanis Deitch, Deitch and Perone, 265 Hwy 36 #203, West Long Branch, NJ 07764-1030 |
| 518362627 | | AMERICAN HEART ASOCIATION PC, PO Box 1207, Neptune, NJ 07754-1207 |
| 518362632 | | FEDLOAN SERVICING, PO Box 60610, Harrisburg, PA 17106-0610 |
| 518362631 | | Federal Loan Servicing Credit, PO Box 60610, Harrisburg, PA 17106-0610 |
| 518362637 | | New Jersey Division of Taxation, 50 Barrack St Fl 9, Trenton, NJ 08608-2006 |
| 518446971 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0272 |
| 518362643 | + | US DEPARTMENT OF EDUCATION, 3130 Fairview Park Dr Ste 800, Falls Church, VA 22042-4529 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 30 2025 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 30 2025 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: servicingmailhub@flagstar.com | Jan 30 2025 20:39:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| cr | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 30 2025 20:38:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| cr | ^ | MEBN | Jan 30 2025 20:31:53 | Toyota Motor Credit Corporation, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518362628 | + | Email/Text: g17768@att.com | Jan 30 2025 20:37:00 | AT&T, 208 S Akard St, Dallas, TX 75202-4206 |
| 518428703 | | Email/Text: BKPT@cfna.com | Jan 30 2025 20:37:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 518362630 | | Email/Text: BKPT@cfna.com | Jan 30 2025 20:37:00 | CREDIT FIRST NATL ASSOC, PO Box 81315, Cleveland, OH 44181-0315 |
| 518362629 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2025 20:45:41 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518379688 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 30 2025 20:56:42 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518471036 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 30 2025 20:45:13 | Directv, LLC, by American InfoSource as agent, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518362633 | | Email/Text: BKPT@cfna.com | Jan 30 2025 20:37:00 | FIrestone, PO Box 81307, Cleveland, OH 44181-0307 |
| 518362634 | + | Email/Text: servicingmailhub@flagstar.com | Jan 30 2025 20:39:00 | FLAGSTAR BANK, PO BOX 660263, Dallas, TX 75266-0263 |
| 518362635 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 30 2025 20:38:00 | Internal Revenue Service, 310 Lowell St Stop 360, Andover, MA 01810-5430 |
| 519712109 | ^ | MEBN | Jan 30 2025 20:31:29 | Lakeview Loan Servicing, LLC, 2121 Waukegan Road,Suite 300, Bannockburn,New Jersey 60015, Lakeview Loan Servicing, LLC, 2121 Waukegan Road,Suite 300, Bannockburn,New Jersey 60015-1831 |
| 518488327 | | Email/Text: SERVICINGMAILHUB@flagstar.com | Jan 30 2025 20:38:00 | Lakeview Loan Servicing, LLC, Flagstar Bank, 5151 Corporate Dr, Troy, Michigan 48098-2639 |
| 519712108 | ^ | MEBN | Jan 30 2025 20:31:29 | Lakeview Loan Servicing, LLC, 2121 Waukegan Road,Suite 300, Bannockburn,New Jersey 60015-1831 |
| 520187891 | ^ | MEBN | Jan 30 2025 20:31:49 | Nationstar Mortgage LLC as servicing agent for Lak, GROSS POLOWY LLC, 1775 Wehrle Drive, Suite 100, Williamsville NY 14221-7093 |
| 518362638 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2025 20:57:10 | PORTFOLIO RECOVERY, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 518458450 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2025 20:44:09 | Portfolio Recovery Associates, LLC, c/o Amazon.com, POB 41067, Norfolk VA 23541 |
| 518362639 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2025 20:45:47 | Portfolio Recovery Association, Riverside Commence Center, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 518362640 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2025 20:44:33 | SYNC B/Amazon, PO Box 965036, Orlando, FL 32896-5036 |
| 518362641 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2025 20:46:07 | SYNC B/Walmart, PO Box 965036, Orlando, FL 32896-5036 |
| 518362673 | ^ | MEBN | Jan 30 2025 20:31:54 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518362642 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 30 2025 20:38:00 | Toyota Financial Services, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 518432108 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 30 2025 20:38:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518362636 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| aty | ##+ | Frenkel Lambert Weiss Weissman & Gordan, 80 Main Street, Suite 460, West Orange, NJ 07052-5414 |
| sp | ##+ | Edward Hanratty, Law Office of Edward Hanratty, 80 Court Street, Freehold, NJ 07728-1755 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 30, 2025 | Form ID: 137 | Total Noticed: 34 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2025            Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2025 at the address(es) listed below:

**Name**            **Email Address**

Albert Russo
on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
docs@russotrustee.com

Ashley Pascuzzi
on behalf of Creditor Lakeview Loan Servicing LLC ecfnotices@grosspolowy.com

Courtney R. Shed
on behalf of Creditor Nationstar Mortgage LLC as servicing agent for Lakeview Loan Servicing LLC cshed@grosspolowy.com, ecfnotices@grosspolowy.com

Courtney R. Shed
on behalf of Creditor Nationstar Mortgage LLC cshed@grosspolowy.com ecfnotices@grosspolowy.com

Denise E. Carlon
on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Douglas J. McDonough
on behalf of Creditor Lakeview Loan Servicing LLC dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com

Douglas J. McDonough
on behalf of Creditor Nationstar Mortgage LLC dmcdonough@flwlaw.com NJbkyecf@flwlaw.com

Edward Hanratty
on behalf of Debtor Carl Gaynor thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com

Elizabeth L. Wassall
on behalf of Creditor Lakeview Loan Servicing LLC ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Gavin Stewart
on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com

Heather Lynn Anderson
on behalf of Creditor State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us

Kevin Gordon McDonald
on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14