UNITED STATES BANKRUPTCY COURT DISTRICT OF
NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

THE LAW OFFICE OF EDWARD HANRATTY
EDWARD HANRATTY, ESQ. (052151997)
57  W. MAIN STREET, SUITE 2D
FREEHOLD, NJ 07728
732-866-6655

**Order Filed on March 12, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

CARL GAYNOR

Case No.: 19-24097

Chapter: 13

Judge: MBK

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 12, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Edward Hanratty_____, the applicant, is allowed a fee of $ 1,000.00_____ for services rendered and expenses in the amount of $  00.00_____ for a total of $ 1,000.00 .  The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.


FURTHER ORDERED that _____Edward Hanratty_____, the applicant, is allowed a fee of $ 1,850.08_____ for services rendered and expenses in the amount of $ 202.25_____ for a total of $ 2,052.33.  The allowance shall be payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.