Document    Page 1 of 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Warren Brumel, Esq. (wb3626)
Attorney for Creditor
PO Box 181
Keyport, NJ 07735
732-264-3400

Case No.: 19-24097

Chapter: 13

In Re:

Carl Gaynor

Adv. No.: 

Hearing Date: 

Judge: MBK

## CERTIFICATION OF SERVICE

1. I, __Jacqueline O'Brien__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Warren Brumel, Esq.__, who represents __Creditor__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __June 12, 2025__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Motion, Certification and Proposed form of Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: June 12, 2025

/s/Jacqueline O'Brien
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo, Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Carl Gaynor<br>1109 Hope Road<br>Tinton Falls, NJ 07712-3125 | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other ___<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Edward Hanratty, Esq.<br>Somerset Sussex Legal Services<br>78 Grove Street<br>Somerville, NJ 08876 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ___<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Carmen Gaynor<br>1361 SW Janette Avenue<br>Port Saint Lucie, FL 34953 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ___<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ___<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |