Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−24097−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Carl Gaynor
  aka Carl Ellis Gaynor Jr.
  1109 Hope Rd
  Tinton Falls, NJ 07712−3125

Social Security No.:
  xxx−xx−8806

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/17/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 17, 2025
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-24097-MBK

Carl Gaynor  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3

Date Rcvd: Sep 17, 2025      Form ID: 148      Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Carl Gaynor, 1109 Hope Rd, Tinton Falls, NJ 07712-3125 |
| cr | + | Carmen Gaynor, 1361 SW Janette Ave, Port Saint Lucie, FL 34953-1222 |
| sp | + | Tanis Deitch, Deitch and Perone, 265 Hwy 36 #203, West Long Branch, NJ 07764-1030 |
| 518362627 | | AMERICAN HEART ASOCIATION PC, PO Box 1207, Neptune, NJ 07754-1207 |
| 518362632 | | FEDLOAN SERVICING, PO Box 60610, Harrisburg, PA 17106-0610 |
| 518362634 | + | FLAGSTAR BANK, PO BOX 660263, Dallas, TX 75266-0263 |
| 518362631 | | Federal Loan Servicing Credit, PO Box 60610, Harrisburg, PA 17106-0610 |
| 518362637 | | New Jersey Division of Taxation, 50 Barrack St Fl 9, Trenton, NJ 08608-2006 |
| 518446971 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0272 |
| 518362643 | + | US DEPARTMENT OF EDUCATION, 3130 Fairview Park Dr Ste 800, Falls Church, VA 22042-4529 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 17 2025 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 17 2025 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 17 2025 20:48:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| cr | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 17 2025 20:48:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| cr | ^ | MEBN | Sep 17 2025 20:46:39 | Toyota Motor Credit Corporation, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518362628 | + | EDI: ATTWIREBK.COM | Sep 18 2025 00:39:00 | AT&T, 208 S Akard St, Dallas, TX 75202-4206 |
| 518428703 | | EDI: CRFRSTNA.COM | Sep 18 2025 00:39:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 518362630 | | EDI: CRFRSTNA.COM | Sep 18 2025 00:39:00 | CREDIT FIRST NATL ASSOC, PO Box 81315, Cleveland, OH 44181-0315 |
| 518362629 | | EDI: CAPITALONE.COM | Sep 18 2025 00:39:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518379688 | + | EDI: AIS.COM | Sep 18 2025 00:40:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 17, 2025 | Form ID: 148 | Total Noticed: 35 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518471036 | + | EDI: AIS.COM | Sep 18 2025 00:40:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518362633 | | EDI: CRFRSTNA.COM | Sep 18 2025 00:39:00 | FIrestone, PO Box 81307, Cleveland, OH 44181-0307 |
| 518362635 | | EDI: IRS.COM | Sep 18 2025 00:39:00 | Internal Revenue Service, 310 Lowell St Stop 360, Andover, MA 01810-5430 |
| 519712109 | ^ | MEBN | Sep 17 2025 20:46:29 | Lakeview Loan Servicing, LLC, 2121 Waukegan Road,Suite 300, Bannockburn,New Jersey 60015, Lakeview Loan Servicing, LLC, 2121 Waukegan Road,Suite 300, Bannockburn,New Jersey 60015-1831 |
| 518488327 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 17 2025 20:48:00 | Lakeview Loan Servicing, LLC, Flagstar Bank, 5151 Corporate Dr, Troy, Michigan 48098-2639 |
| 519712108 | ^ | MEBN | Sep 17 2025 20:46:29 | Lakeview Loan Servicing, LLC, 2121 Waukegan Road,Suite 300, Bannockburn,New Jersey 60015-1831 |
| 520187891 | ^ | MEBN | Sep 17 2025 20:46:46 | Nationstar Mortgage LLC as servicing agent for Lak, GROSS POLOWY LLC, 1775 Wehrle Drive, Suite 100, Williamsville NY 14221-7093 |
| 518362638 | | EDI: PRA.COM | Sep 18 2025 00:39:00 | PORTFOLIO RECOVERY, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 518458450 | | EDI: PRA.COM | Sep 18 2025 00:39:00 | Portfolio Recovery Associates, LLC, c/o Amazon.com, POB 41067, Norfolk VA 23541 |
| 518362639 | | EDI: PRA.COM | Sep 18 2025 00:39:00 | Portfolio Recovery Association, Riverside Commence Center, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 518362640 | | EDI: SYNC | Sep 18 2025 00:39:00 | SYNC B/Amazon, PO Box 965036, Orlando, FL 32896-5036 |
| 518362641 | | EDI: SYNC | Sep 18 2025 00:39:00 | SYNC B/Walmart, PO Box 965036, Orlando, FL 32896-5036 |
| 518362673 | ^ | MEBN | Sep 17 2025 20:45:30 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518362642 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 17 2025 20:48:00 | Toyota Financial Services, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 518432108 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 17 2025 20:47:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518362636 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| aty | ##+ | Frenkel Lambert Weiss Weissman & Gordan, 80 Main Street, Suite 460, West Orange, NJ 07052-5414 |
| sp | ##+ | Edward Hanratty, Law Office of Edward Hanratty, 80 Court Street, Freehold, NJ 07728-1755 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 17, 2025 | Form ID: 148 | Total Noticed: 35 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2025            Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2025 at the address(es) listed below:

**Name**  **Email Address**

Albert Russo
 on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
 docs@russotrustee.com

Ashley Pascuzzi
 on behalf of Creditor Lakeview Loan Servicing  LLC ecfnotices@grosspolowy.com

Courtney R. Shed
 on behalf of Creditor Nationstar Mortgage LLC as servicing agent for Lakeview Loan Servicing  LLC cshed@grosspolowy.com, ecfnotices@grosspolowy.com

Courtney R. Shed
 on behalf of Creditor Nationstar Mortgage LLC cshed@grosspolowy.com  ecfnotices@grosspolowy.com

Denise E. Carlon
 on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Douglas J. McDonough
 on behalf of Creditor Lakeview Loan Servicing  LLC dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com

Douglas J. McDonough
 on behalf of Creditor Nationstar Mortgage LLC dmcdonough@flwlaw.com  NJbkyecf@flwlaw.com

Edward Hanratty
 on behalf of Debtor Carl Gaynor thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com;Hanratty.EdwardB125590@notify.bestcase.com

Elizabeth L. Wassall
 on behalf of Creditor Lakeview Loan Servicing  LLC ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Gavin Stewart
 on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com

Heather Lynn Anderson
 on behalf of Creditor State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us

Kevin Gordon McDonald
 on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

Warren Brumel
 on behalf of Creditor Carmen Gaynor brumellawecf@gmail.com  brumellawecf@gmail.com;wbrumel@keyportlaw.com

TOTAL: 15